**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PATRICK EALY, #2107526, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-576-JDK-JDL |
| | § | |
| TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that this petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey a Court order. A certificate of appealability is **DENIED**.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **February, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE